UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
TIMOTHY JAMES KATO  
BEVERLY MARIE KATO  

Case No: 04 - 61108

Debtor(s)

## NOTICE OF DENIAL OF DISCHARGE

The debtor(s) in this case has been denied a discharge by Order or Judgment entered on 01/31/05.

Dated: 01/31/05

Lori Vosejpka  
Clerk of Bankruptcy Court

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on 01/31/05

Lori Vosejpka Clerk, by dwc