# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE:

Timothy James Kato and
Beverly Marie Kato,

CHAPTER 7
BKY CASE NO. 04-61108

Debtor(s).

## ORDER

At Fergus Falls, Minnesota, on April 26, 2005;

Upon the Objection to Claimed Exempt Property filed by the Trustee and upon all the files and records of the proceeding herein,

IT IS ORDERED:

1. The Debtor's Certificate of membership to Cottage Grove Resort Association, a common interest community, together with a Proprietary Lease to Unit Number 53 of said association. The debtor has a 1/60th interest in the association, valued at "unknown" and claimed exempt under 11 USC 522(d)(5) is **not** exempt.

/e/ Dennis D. O'Brien
Judge Dennis D. O'Brien
US Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/26/2005
Lori Vosejpka, Clerk, By DWC

E24

```
Case: 04-61108     Form id: 122    Ntc Date: 04/26/2005     Off: 6    Page :  1
Total notices mailed: 5

Debtor      KATO, TIMOTHY JAMES    304 WOODSMEN DR  NE,    ALEXANDRIA, MN 56308
Debtor      KATO, BEVERLY MARIE    304 WOODSMEN DR  NE,    ALEXANDRIA, MN 56308
Trustee     YON, TAMARA L    PO BOX 605,    CROOKSTON, MN 56716
U S Trust   U S TRUSTEE,    US TRUSTEE OFFICE,    300 S 4TH ST RM 1015,    MINNEAPOLIS, MN 55415
Aty         WENCIL, SARAH J    US TRUSTEE OFFICE,    300 S 4TH ST STE 1015,    MINNEAPOLIS, MN 55415
```